| | |
|---|---|
| 1 | HOWARD L. MAGEE State Bar No.: 185199 |
| 2 | BRANDYN E. STEDFIELD State Bar No.: 225357<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C. |
| 3 | 633 West Fifth Street, 53rd Floor<br>Los Angeles, California 90071 |
| 4 | Telephone: (213) 239-9800<br>Facsimile: (213) 239-9045 |
| 5 | howard.magee@ogletreedeakins.com<br>brandyn.stedfield@ogletreedeakins.com |
| 6 | Attorneys for Defendant |
| 7 | Aurora Loan Services LLC (erroneously identified as "Aurora Loan Services, Inc.") |

FILED
2006 OCT 25 AM 8:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____RM____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA M. YBARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES, INC. (a Lehman Brothers Company), a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. 06 CV 0454 JM (NLS)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND [~~~~~~~] ORDER THEREON** |

///
///
///
///
///
///
///
///

1    **WHEREAS**, on or about January 10, 2005, Plaintiff Vera M. Ybarra
2    (hereinafter referred to as "Plaintiff") filed a Complaint for Damages in the San
3    Diego County Superior Court (Case No. GIC 859547), alleging, claims for:
4    (1) violation of California Business and Professions Code Section 17200 et seq.; (2)
5    failure to pay wages; and (3) breach of contract. Defendant Aurora Loan Services
6    LLC ("Aurora") removed the State Court action to the United States District Court,
7    Southern District of California, Case No. 06CV 454 JM (NLS) (the "Action").;
8    **WHEREAS**, on August 8, 2006, the Parties participated in a Settlement
9    Conference before the Honorable Magistrate Judge Nita L. Stormes;
10   **WHEREAS**, as a result of the Parties' participation in the August 8,
11   2006 Settlement Conference, Plaintiff and Defendant have reached a resolution of
12   this dispute by agreeing to enter into a Confidential Settlement Agreement and
13   General Release;
14   **WHEREAS**, the Parties have agreed to bear their own costs and
15   attorneys' fees in connection with this civil complaint;
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION FOR DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER THEREON

4346259_1.DOC

1  IT IS HEREBY STIPULATED by and between the Plaintiff and
2  Defendant, through their designated counsel of record, that this case be dismissed in
3  its entirety, with prejudice, pursuant to FRCP 41(a)(1).
4
5  Dated: October 19, 2006          HIGGS, FLETCHER & MACK
6
7                                    By: _____
                                          James Peterson
8
                                    Attorneys for Plaintiff
9                                   Vera M. Ybarra
10
11 Dated: October 19, 2006          OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART P.C.
12
13
                                    By: _____
14                                        Howard L. Magee
15                                  Attorneys for Defendant
                                    Aurora Loan Services LLC
16
17
18                                  **ORDER**
19  **IT IS SO ORDERED** that this case be dismissed in its entirety, with
20 prejudice, pursuant to FRCP 41(a)(1). The Parties to this action will bear their own
21 costs and attorneys' fees.
22
23 Dated: 10/24, 2006               _____
24                                  Honorable Jeffrey T. Miller
25                                  United States Magistrate Judge for the
                                    United States District Court, Southern
26                                  District of California
27
28

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER THEREON

4346259_1.DOC